UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JOYCE LAMBTON,
    Plaintiff,

vs.                                              Case No.: 1:22cv323/MW/ZCB

EXPERIAN INFORMATION
SOLUTIONS INC, et al.,
    Defendants.
_____/

## **REPORT AND RECOMMENDATION**

Plaintiff filed this Fair Credit Reporting Act case on November 28, 2022. (Doc. 1). In her *pro se* complaint, Plaintiff named four Defendants, two of which have been dismissed. (*See* Docs. 31, 36). On May 15, 2023, the Court ordered Plaintiff to show case why this case should not be dismissed against a third Defendant, Comenity Bank, for Plaintiff's failure to perfect service within the time allowed by Federal Rule of Civil Procedure 4(m). (Doc. 38); *see* Fed. R. Civ. P. 4(c)(1), (m) (requiring a plaintiff to serve the summons and complaint upon each defendant within ninety days of filing the complaint). Plaintiff was warned that failure to comply with the order would result in a recommendation of dismissal of Plaintiff's claims against Defendant Comenity Bank. (*Id.* at 2). Plaintiff has not responded to the Court's order, and the deadline for doing so has expired.

1

The Federal Rules of Civil Procedure require a plaintiff to serve the summons and complaint upon each defendant within ninety days. Fed. R. Civ. P. 4(c)(1), (m). If the plaintiff does not serve a defendant within ninety days, dismissal without prejudice is warranted. Fed. R. Civ. P. 4(m). The Court may *sua sponte* dismiss an action for lack of service, so long as it provides notice to the plaintiff. *Id.*; *see also Ojelade v. Coleman*, 258 F. App'x 257, 258 (11th Cir. 2007) (affirming *sua sponte* dismissal of *pro se* plaintiff's case under Rule 4(m) for failure to perfect service).

Here, over ninety days have passed since Plaintiff filed her complaint. Yet Defendant Comenity has not been served. The Court notified Plaintiff of this issue and provided her with an opportunity to provide good cause for the lack of service. (Doc. 38). Plaintiff has not responded with any good cause. Accordingly, it is respectfully **RECOMMENDED** that Defendant Comenity Bank be **DISMISSED from this action without prejudice** under Federal Rule of Civil Procedure 4(m).

At Pensacola, Florida, this 13th day of June 2023.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the Report and Recommendation. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control</u>.** An objecting party must serve

**a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's**