IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINEVILLE DIVISION

JOYCE LAMBTON,

   *Plaintiff*,

v.                                      Case No.:  1:22cv323-MW/ZCB

EQUIFAX INFORMATION
SERVICES, et al.,

   *Defendants*.
_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 40. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 40, is **accepted and adopted** as this Court's opinion. Defendant Comenity Bank is **DISMISSED from this action without prejudice** under Federal Rule of Civil Procedure 4(m).

SO ORDERED on July 6, 2023.

                                            s/Mark E. Walker                    
                                            **Chief United States District Judge**