IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JOYCE LAMBTON,

   *Plaintiff*,

v.                      Case No.: 1:22cv323-MW/ZCB

EXPERIAN INFORMATION
SOLUTIONS INC., et al.,

   *Defendants*.

_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 41. The Magistrate Judge recommends dismissal for failure to state a claim on which relief can be granted against Defendant Experian and for failure to follow an order of the Court. This Court has independently verified that the Magistrate Judge's prior orders have not been returned as undeliverable. Accordingly, upon consideration, no objections having been filed by the parties,

   **IT IS ORDERED:**

The report and recommendation, ECF No. 41, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED with prejudice** as to Defendant Experian." This Order dismisses the

last remaining claims against the last remaining Defendant. Accordingly, the Clerk shall close the file.

**SO ORDERED on July 27, 2023.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**